**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE HUNTINGTON NATIONAL BANK,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-645** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **GGF, INC.,** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| **Defendant.** | : | |

**ORDER**

On April 2, 2026, the United States Magistrate Judge issued a Report and Recommendation in this case (ECF No. 25), recommending that the Court direct the Clerk of Court to enter default against Defendant GGF, Inc. under Fed. R. Civ. P. 55(a). Defendant was advised of its right to object to the Report and Recommendation within fourteen days and of the consequences of failing to do so. (ECF No. 25 at 2). No objection has been filed, and the deadline for such objections elapsed on April 16, 2026.

Accordingly, after reviewing the Magistrate Judge's Report and Recommendation, the Court **ACCEPTS** and **ADOPTS** it. The Clerk of Court is **DIRECTED** to enter default against Defendant GGF, Inc.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 5, 2026**