**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE HUNTINGTON NATIONAL BANK,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-645**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**GGF, INC.,**

**Defendant.**

**ORDER**

This matter is before the Court on Plaintiff The Huntington National Bank's Motion to File Exhibits Under Seal or Redacted (ECF No. 31). Therein, Plaintiff represents that the exhibits to its Motion for Default Judgment contain confidential banking information (including bank account numbers) and financial information (including personal transactions unrelated to the litigation) that should not appear on the Court's public docket, as well as attorney billing information protected by the attorney client privilege. (*Id.*)

Based on these representations, the undersigned concludes that Plaintiff's exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, the Motion to Seal (ECF No. 31) is **GRANTED**. Plaintiff may file **UNDER SEAL** unredacted versions of the exhibits described in the Motion to Seal. Plaintiff is **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making its filings under seal, redacted

versions of those sealed exhibits that redact only the confidential information described in the Motion to Seal.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE